SOL GALANTER, Plaintiff, *v.* HENRY PEARSON, Defendant. ABRAHAM P. STRAUSS, Attorney to be substituted, Appellant. MILTON S. MARKS, Substituted Attorney, Respondent.

Submitted May 20, 1943; decided June 18, 1943.

*Edward A. Shandell, Desmond · T. Barry* and *Joseph J. Brophy* for appellant.

*Milton S. Marks* respondent in person.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.